(127 So. 924)

### Henry NEWSOME v. CITY OF PHENIX CITY.

### 4 Div. 627.

Court of Appeals of Alabama.
March 27, 1930.

PER CURIAM.
Appeal dismissed for want of prosecution.

(120 So. 926)

### Beulah NICHOLS v. STATE. (6 Div. 513.)

Court of Appeals of Alabama. Feb. 5, 1929.

RICE, J. Appeal dismissed on motion of appellant.

(123 So. 926)

### Dan NICHOLS v. STATE. (4 Div. 589.)

Court of Appeals of Alabama. Oct. 8, 1929.

PER CURIAM. Appeal dismissed on motion of appellant.

(128 So. 921)

### NIGHT COMMANDER LIGHTING CO. v. Addie VEST.

### 8 Div. 941.

Court of Appeals of Alabama.
May 29, 1930.

PER CURIAM.
Appeal dismissed for want of prosecution.

(119 So. 924)

### Burrel NORWOOD v. STATE. (1 Div. 813.)

Court of Appeals of Alabama. Dec. 11, 1928.

BRICKEN, P. J. At the spring term, 1928, of the circuit court of Baldwin county, the grand jury indicted this appellant for the offense of robbery. On April 17, 1928, he was duly tried and convicted as charged; the jury fixed his punishment at 20 years' imprisonment in the penitentiary. From the judgment of conviction, pronounced and entered, the defendant took an appeal to this court. His appeal here is rested upon the record proper, there being no bill of exceptions. This record is free from error. The judgment of conviction appealed from will accordingly stand affirmed.

Affirmed.

(121 So. 924)

### Jack OGLETREE v. STATE. (4 Div. 487.)

Court of Appeals of Alabama. April 16, 1929.

RICE, J. Affirmed.

(128 So. 921)

### Diamond OLIVER v. STATE.

### 6 Div. 743.

Court of Appeals of Alabama.
May 13, 1930.

RICE, J.
Appeal dismissed.

(122 So. 925)

### Roy O'NEAL v. STATE. (8 Div. 820.)

Court of Appeals of Alabama. May 21, 1929.

RICE, J. Affirmed.

(125 So. 925)

### J. D. OSBORN v. STATE. (6 Div. 672.)

Court of Appeals of Alabama. Dec. 10, 1929.

SAMFORD, J. Affirmed.